

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

September 13, 2022

**Jill L. Rosenberg**

E  jrosenberg@orrick.com
D  +1 212 506 5215
F  +1 212 506 5151

*VIA ECF*

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *David Monk v. Goldman Sachs & Co. LLC et al*, 22-cv-6056 (JMF)

Dear Judge Furman:

We represent Defendants Goldman Sachs & Co. LLC and The Goldman Sachs Group, Inc. (collectively "Defendants") in the above-referenced action. We write to request an extension of time until October 6, 2022 for Defendants to file a response to Plaintiff David Monk's Amended Complaint.

Defendants accepted service of the Amended Complaint via email on August 9, 2022 in exchange for Plaintiff's agreement to extend the time to respond to the Amended Complaint until September 15, 2022. On August 10, 2022, the Court granted Defendants' request for an extension of time to respond to the Amended Complaint until September 15, 2022, which is the only previous request for extension made by Defendants.

The reason for the instant request is that Plaintiff is taking a non-party deposition on Monday, September 19, 2022, which the parties agree is likely to reveal information relevant to Defendants' anticipated responsive pleading—namely, its anticipated motion to compel this matter to arbitration.

Plaintiff consents to this request for an extension. The date of the parties' next scheduled appearance before the Court is an initial pretrial conference with the Court on October 26, 2022, at 9:00 a.m. There are no other pending deadlines.

Thank you for your consideration.

Respectfully submitted,

/s/ Jill L. Rosenberg
Jill L. Rosenberg
Mark R. Thompson
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
jrosenberg@orrick.com
mthompson@orrick.com
*Attorneys for Defendants Goldman Sachs & Co. LLC and The Goldman Sachs Group, Inc.*

Application GRANTED. Further extensions are unlikely to be granted.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

[signature]

September 14, 2022

4153-0564-1022.1