UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID MONK,

                Plaintiff,

                          22-CV-6056 (JMF)
      -v-

                          ORDER

GOLDMAN SACHS & CO. LLC et al.,

                Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 6, 2022, Defendants filed a motion to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, or, in the alternative, to dismiss the operative complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF No. 21. In the interests of judicial economy, briefing on Defendants' motion to dismiss is stayed until the Court rules on Defendants' motion to compel arbitration. That is, in the parties' opposition and reply, which are due on **October 20, 2022**, and **October 27, 2022**, respectively, the parties should address only the motion to compel arbitration. If the Court denies the motion to compel arbitration, it will then set a briefing schedule for the motion to dismiss.

       SO ORDERED.

Dated: October 7, 2022
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge