UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID MONK,

                Petitioner,                22 **CIVIL** 6056 (JMF)

    -against-                   **JUDGMENT**

GOLDMAN SACHS & CO. LLC et al.,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2023, the Goldman Defendants' motion to compel arbitration must be and is GRANTED; accordingly, the case is administratively closed, without prejudice to either side moving by letter-motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

**Dated**: New York, New York
        January 3, 2023

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                  **BY:**

                                                         **Deputy Clerk**