**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MONK,<br><br>                Plaintiff,<br><br>    v.<br><br>GOLDMAN SACHS & CO. LLC,<br>GOLDMAN SACHS GROUP, INC. and<br>"JANE/JOHN DOE," said individual being<br>unknown at this time,<br><br>                Defendants. | Civil Action No. 22-cv-6056 (JMF) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff David Monk and Defendants Goldman Sachs & Co. LLC and Goldman Sachs Group, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: 5/18/23

By: _____
H.P. Sean Dweck, Esq.
The Dweck Law Firm, LLP
*Counsel For Plaintiff David Monk*

By: /s/ Jill L. Rosenberg
Jill L. Rosenberg, Esq.
Mark R. Thompson, Esq.
Orrick, Herrington & Sutcliffe LLP
*Counsel For Defendants Goldman Sachs & Co.*
*LLC and Goldman Sachs Group, Inc.*